IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR 107-168 |
| ) | |
| DARREN WAYNE ROUSE ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Defendant Rouse is competent to stand trial within the meaning of 18 U.S.C. § 4241.

SO ORDERED this ___ day of ___August___, 2008, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE